No. 11-5493. Roger Larry McCluer, Petitioner v. Texas.

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 491.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 910, 132 S. Ct. 319, 181 L. Ed. 2d 197, 2011 U.S. LEXIS 6093.

No. 11-5515. Roger Palmer, Petitioner v. Rita Buge, et al.

565 U.S. 1151, 132 S. Ct. 1081, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 412.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 912, 132 S. Ct. 322, 181 L. Ed. 2d 200, 2011 U.S. LEXIS 5946.

No. 11-5616. Larry Williams, Petitioner v. W. Thompson, Warden, et al.

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 501.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 265, 2011 U.S. LEXIS 7356.

No. 11-5620. Joseph Taylor, Petitioner v. Joseph Visinsky, et al.

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 474.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7341.

No. 11-5642. Theodore Shove, et al., Petitioners v. United States District Court Judges, et al.

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 473.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 917, 132 S. Ct. 336, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 5891.

No. 11-5664. Michael R. Ochoa, Petitioner v. Erin Rubin.

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 513.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1037, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8249.

No. 11-5699. Stevie Wayne Johnson, Petitioner v. United States.

565 U.S. 1151, 132 S. Ct. 1082, 181 L. Ed. 2d 800, 2012 U.S. LEXIS 526.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 919, 132 S. Ct. 341, 181 L. Ed. 2d 214, 2011 U.S. LEXIS 6975.